**NOT FOR PUBLIC VIEW**

**FINANCIAL AFFIDAVIT**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: US v.s. Rivera Garcia

FOR / AT: FILED MAY 29 2008, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY KRM DEPUTY

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Enrique Rivera Garcia

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 08 MG 1643
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

1324

---

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $1,200
IF NO, give month and year of last employment. How much did you earn per month? $___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $___   SOURCES: ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $7.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE: ___   DESCRIPTION: ___

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| All Salary Would Give To Girl Friend | | $ | $1,200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 5/29/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X Enrique Rivera Garcia